UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SERENA JOY WARDLE,<br>    Plaintiff,<br>  v.<br>NANCY A. BERRYHILL,<br>    Defendant. | Case No.17-cv-05956-VKD<br><br>**ORDER DISMISSING CASE** |

In a July 12, 2018 Joint Status Report signed and filed by defendant and signed with authorization of plaintiff on her behalf, the parties advise that plaintiff Serena Wardle does not intend to file a motion for summary judgment or remand, and they request that this case be dismissed with prejudice.

Considering Ms. Wardle's pro se status, and the fact that the dismissal is not sought by motion of plaintiff under Fed. R. Civ. P. 41(a)(2), the court will not dismiss the case with prejudice, but instead without prejudice. Accordingly, this case is dismissed without prejudice. Each party shall bear its own fees, costs, and expenses.

**IT IS SO ORDERED.**

Dated: July 13, 2018

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge